IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 3384 |
| v. | ) ) ) | Judge Andersen |
| CROWN CONSTRUCTION, INC. | ) ) ) | |
| Defendant. | ) | |

NOTICE OF VOLUNTARY DISMISSAL

Paul Hay
Crown Construction Inc.
3466 N. 50 E.
LaPorte, IN 46350

    PLEASE TAKE NOTICE that on August 13, 2008, pursuant to Fed. R. Civ. P. 41 (a)(1)(i), the plaintiffs hereby voluntarily dismiss this action without prejudice.

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND et al.

By: s/ DANIEL P. McANALLY
       Attorney for Plaintiffs


Certificate of Service

    I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Notice of Dismissal via U.S. first class mail to the person/s to who said Notice is directed on August 13, 2008.

Whitfield & McGann
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700